# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DENNIS PAUL** and **LINDA PAUL,**
Appellants,

v.

**THE BANK OF NEW YORK, AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, NC. ASSET BACKED CERTIFICATES, SERIES 2006-13,**
Appellee.

No. 4D14-2274

[December 9, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Harrison, Senior Judge; L.T. Case No. 2008CA013242 (AW).

Brian Korte of Korte and Wortman, P.A., West Palm Beach, for appellants.

Elizabeth T. Frau and Julie Anthousis of Ronald R. Wolfe & Associates, P.L., Tampa, for appellee.

PER CURIAM.

Affirmed. *See Bank of New York v. Calloway*, 157 So. 3d 1064 (Fla. 4th DCA 2015).

WARNER, TAYLOR and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***